1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3  Nevada Bar No. 010171
   Email: Priscilla.Obriant@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *Amco Insurance Company*

8
                  **UNITED STATES DISTRICT COURT**
9
           **DISTRICT OF NEVADA – NORTHERN DIVISION**
10

11  ERGS, INC.,                              CASE NO. 3:17-cv-00451-MMD-WGC

12             Plaintiff,

13     vs.                                   **STIPULATION AND ORDER FOR**
                                             **DISMISSAL OF ALL CLAIMS**
14  AMCO Insurance Company,

15             Defendant.

16

17        Plaintiff ERGS, Inc., and Amco Insurance Company ("Amco"), by and through their

18  respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled

19  action against Amco shall be dismissed in their entirety, with prejudice, each party to bear its own

20  costs and attorneys' fees.

21  DATED this ~~7~~ day of ~~December, 2018~~ March 2019        DATED this 3ʳᵈ day of ~~December~~ January, 2018

22  LEWIS BRISBOIS BISGAARD & SMITH       WALLACE & MILLSAP

23

24  _____      _____
    PRISCILLA L. O'BRIANT, ESQ.            PATRICK R. MILLSAP, ESQ.
25  Nevada Bar No. 10171                   Nevada Bar No. 12043
    6385 S. Rainbow Boulevard, Suite 600   510 West Plumb Lane, Suite A
26  Las Vegas, Nevada 89118                Reno, NV89509
    Attorneys for Amco                     Attorneys for Ergs, Inc.
27

28

LEWIS
BRISBOIS

4829-9216-1668.1

CASE NO. 3:17-cv-00451-MMD-WGC

*ERGS, Inc. v. Amco Ins. Co.*

**ORDER**

Pursuant to the stipulation of the parties, all claims against Amco Insurance Company in the above referenced action are dismissed, with prejudice.

**IT IS SO ORDERED:**

Dated this 11th day of March , 2019.

**UNITED STATES DISTRICT JUDGE**